**Opinion filed July 28, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00295-CV

_____

## IN THE INTEREST OF A.R.B., A CHILD

**On Appeal from the 87th District Court**
**Leon County, Texas**
**Trial Court Cause No. D-05-557**

## MEMORANDUM OPINION

Valerie Cashner is the appellant in this appeal. She has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "[t]he matters in controversy in the above entitled and numbered causes of action will not be pursued for Appeal by [appellant]." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

July 28, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.